**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **Criminal Action No. 2020-0001** |
| **NICHOLAS BEST,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**Attorneys:**
**Rhonda Williams-Henry, Esq.,**
St. Croix, U.S.V.I.
   *For the United States*

**Martial A. Webster, Esq.,**
St. Croix, U.S.V.I.
   *For Defendant*

## TRIAL MANAGEMENT ORDER

**UPON CONSIDERATION** of the trial in this matter scheduled for **September 28, 2020**, and in preparation therefor, it is hereby **ORDERED** that the parties shall adhere to the following schedule:[1]

1. The parties shall have up to and including **August 24, 2020**, to file a notice with an estimate of the number of days necessary to complete trial, exclusive of the time estimated for jury selection.

2. The parties shall have up to and including **August 26, 2020**, to file motions *in limine*. The parties shall have up to and including **September 2, 2020**, to file responses to the motions *in limine*.

---

[1] The Court draws the parties' attention to Paragraph 8, wherein the Court orders that each party submit two copies of a DVD/CD or USB flashdrive with electronic copies of their respective exhibits, in lieu of the two tabbed binders that the Court normally requests in its Trial Management Orders. The Court also draws the parties' attention to Paragraph 9, wherein the Court orders that each party shall submit two copies of a DVD/CD or USB flashdrive with photographs of each witness, and a list with the names of each witness in the order of their appearance on the DVD/CD or USB flashdrive, for use during the *voir dire* process.

3. The parties shall have up to and including **September 9, 2020**, to file a joint proposed neutral statement of the facts for *voir dire* purposes and a joint list of proposed *voir dire* questions. The joint proposed neutral statement of facts should be a concise statement of the charges and the defense. The joint list of proposed *voir dire* questions should not number more than fifteen and need not include questions as to whether any juror knows a Defendant, counsel for the Government, counsel for a Defendant, or any of the witnesses. To the extent the parties are unable to agree upon a particular *voir dire* question, the parties shall submit an addendum to the joint list indicating the contested question and the nature of the disagreement.

4. The parties shall have up to and including **September 9, 2020**, to file proposed jury instructions and proposed verdict forms. Jury instructions need only be submitted with respect to substantive issues in the case. Proposed instructions on procedural matters such as the burden of proof, unanimity and credibility are not necessary. Each proposed instruction should be on a separate page, double spaced and should include citation to specific authority. Counsel will have the opportunity to file supplemental instructions during trial as necessary.

5. The parties shall have up to and including **September 9, 2020**, to file a written Joint Discovery Statement to be signed by counsel for each party and filed with the Court. Pursuant to Local Rule of Criminal Procedure 16.2, the Joint Discovery Statement shall generally describe all discovery material exchanged and shall set forth any stipulations.

6. The pretrial conference before the undersigned Chief Judge will be held on **September 23, 2020 at 9:30 a.m.**

7. The parties shall have up to and including **9:00 a.m. on September 24, 2020**, to submit electronic copies of all exhibits on a DVD/CD or USB flashdrive. All electronic submissions must comply with the Court's requirements for electronic exhibits as set forth at http://www.vid.uscourts.gov/jury-evidence-recording-system-jers.

8. In lieu of two tabbed binders with all exhibits, the parties shall have up to and including **8:30 a.m. on September 28, 2020**, to submit two copies of a DVD/CD or USB flashdrive with electronic copies of all exhibits. All electronic submissions must comply with the Court's requirements for electronic exhibits as set forth at http://www.vid.uscourts.gov/jury-evidence-recording-system-jers.

9. The parties shall have up to and including **8:30 a.m. on September 28, 2020**, to submit two copies of a DVD/CD or USB flashdrive with photographs of each witness, and a list with the names of each witness in the order of their appearance on the DVD/CD or USB flashdrive, for use during the *voir dire* process. All electronic submissions must comply with the Court's requirements for electronic exhibits as set forth at http://www.vid.uscourts.gov/jury-evidence-recording-system-jers.

10. The trial of this matter is scheduled to begin at **9:30 a.m. on September 28, 2020**.

11. Any modifications of any deadlines contained herein shall be made only for good cause and only with the Court's consent.

**SO ORDERED.**

Date: August 18, 2020 _____/s/_____
WILMA A. LEWIS
Chief Judge